___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: March 1, 2021**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **ALFRED DEWAYNE WILLIS** | **19 – 01329 – NPO** |

### AGREED ORDER

THIS CAUSE was set for hearing on February 22, 2021 on the Debtor's Motion to Sell Real Estate [DK #56]; Trustee's Response [DK #58] and Response by SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust [DK #62]; and after notice and opportunity for hearing and the Court being fully advised finds that the parties agree as follows:

THAT, Debtor's Motion to Sell Real Estate is hereby granted. The Debtor is authorized to sell his homestead property located at 209 Holly Hill Dr., Jackson, MS 39212.

THAT, any net proceeds after satisfaction of the mortgage, liens, closing costs, and attorney fees associated with the closing shall be turned over to the Trustee for disbursement.

THAT, the Trustee shall be authorized to disburse any net proceeds to unsecured creditors in excess of Debtor's homestead exemption of $75,000.00.

THAT, the Trustee is hereby authorized to make no further disbursements on SN Servicing Corporation's mortgage claim as said claim shall be paid in full at closing.

THAT, Debtor's wage order shall be amended as necessary to comply with the terms of this Agreed Order.

##END OF ORDER##

AGREED:

/s/ *Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Michael M. Williams
MICHAEL M. WILLIAMS – MSB #7252
ATTORNEY FOR DEBTOR

/s/John S. Simpson
JOHN S. SIMPSON – MSB #8525
ATTORNEY FOR SN SERVICING CORPORATION